IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-00620-MOC-DSC

| | |
|---|---|
| FTC COMMUNICATIONS, LLC, ) <br> PRT COMMUNICATIONS, LLC, and ) <br> ATLANTIC SEAWINDS ) <br> COMMUNICATIONS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY LLC, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [of Thomas E. Zemaitis and Thomas T. Watkinson II]" (documents ##8 and 9) filed September 24, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.            Signed: September 25, 2012

_____
David S. Cayer
United States Magistrate Judge