IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-00620-MOC-DSC

| | |
|---|---|
| FTC COMMUNICATIONS, LLC,<br>PRT COMMUNICATIONS, LLC, and<br>ATLANTIC SEAWINDS<br>COMMUNICATIONS, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>          Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of James Henry Walker, IV]" (document #13) filed October 10, 2012. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 10, 2012

David S. Cayer
United States Magistrate Judge