**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-00620-MOC-DSC**

| | |
|---|---|
| FTC COMMUNICATIONS, LLC, )<br>PRT COMMUNICATIONS, LLC, and )<br>ATLANTIC SEAWINDS )<br>COMMUNICATIONS, LLC, )<br>)<br>      **Plaintiffs,** )<br>)<br>v. )<br>)<br>AT&T MOBILITY LLC, )<br>)<br>      **Defendant.** )<br>)<br>_____) | **ORDER** |

  **THIS MATTER** is before the Court on Defendant's "Partial Motion to Dismiss" (document #19) filed November 1, 2012 and Plaintiffs' "Amended Complaint" (document #21) filed November 16, 2012.

  This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636, and this Motion is now ripe for consideration.

  It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings will be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

  Accordingly, Defendant's "Partial Motion to Dismiss" (document #19) is administratively **DENIED** as moot without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.  Signed: November 19, 2012

David S. Cayer
United States Magistrate Judge