**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-CV-00620-MOC-DSC**

| | |
|---|---|
| **FTC COMMUNICATIONS, LLC, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **AT&T MOBILITY LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the Motion of Defendant AT&T Mobility LLC ("AT&T") to file under seal certain materials being filed in connection with its Response to the Motion for Partial Summary Judgment filed by Plaintiffs. See Docs. 39, 41.

The materials sought to be sealed contain confidential and competitively sensitive business information. The Court finds that the justification behind sealing this information heavily outweighs the public interest in access, particularly in light of the fact that the public has not already had access to the information contained in the records and disclosure of the documents would not enhance the public's understanding of an important historical event.

Accordingly, the following materials are to be filed and kept under seal with the Court:

i) AT&T's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment;

ii) AT&T's supporting Appendix; and

iii) the supporting Declaration of John M. Moye.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 22, 2014

David S. Cayer
United States Magistrate Judge