# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00620-MOC-DSC

| | |
|---|---|
| FTC COMMUNICATIONS, LLC, et. al. ,     ) <br> ) <br> Plaintiffs,     ) <br> ) <br> v.     ) <br> ) <br> AT&T MOBILITY LLC,     ) <br> ) <br> Defendant.     ) | **ORDER** |

**THIS MATTER** is before the Court on the Motion of Defendant AT&T Mobility LLC ("AT&T") to file under seal certain materials in connection with its Reply to the Memorandum of Law in Opposition to AT&T's Motion for Sanctions Pursuant to Rules 16 and 37. See document #69.

The materials sought to be sealed contain confidential and competitively sensitive business information. The Court finds that the justification for sealing this information heavily outweighs the public interest in access, particularly in light of the fact that the public has not already had access to the information contained in the records and disclosure of the documents would not enhance the public's understanding of an important historical event.

Accordingly, the following materials are to be filed and kept under seal by the Court:

i) AT&T's Reply in Support of Motion for Sanctions Pursuant to Rules 16 and 37; and

ii) the supporting Declaration of Gina Guillet.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 24, 2014

David S. Cayer
United States Magistrate Judge