IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00620-MOC-DSC

| | |
|---|---|
| FTC COMMUNICATIONS, LLC, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AT&T MOBILITY LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Motion of Defendant AT&T Mobility LLC ("AT&T") to file certain materials under seal in connection with its Supplemental Memorandum of Law in Support of its Motion for Sanctions Pursuant to Rules 16 and 37. See document #97.

The materials sought to be sealed contain confidential and sensitive business information. The Court finds that the justification for sealing this information heavily outweighs the public interest in access, particularly in light of the fact that the public has not already had access to the information contained in the records and disclosure of the documents would not enhance the public's understanding of an important historical event.

Accordingly, AT&T's Supplemental Memorandum of Law in Support of its Motion for Sanctions Pursuant to Rules 16 and 37, and all supporting materials, are to be filed and kept under seal with the Court.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.        Signed: May 14, 2014

David S. Cayer
United States Magistrate Judge