IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00620-MOC-DSC

| | |
|---|---|
| FTC COMMUNICATIONS, LLC, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AT&T MOBILITY LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Richard M. Weibley]" (document #101). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED.**

Signed: May 21, 2014

David S. Cayer
United States Magistrate Judge